IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOELY GISSEL PINEDA, *Individually and* | § | |
| *as Next Friend of D.C.G., A Minor* | § | CIVIL ACTION NO. 4:23-cv-00591 |
| | § | |
| v. | § | |
| | § | |
| TARGET CORPORATION | § | |

**Scheduling Order**

1. Trial:  Estimated time to try: _____ days.                    ☐ Bench      ☐ Jury

2. New parties must be joined by:                                        6/20/2023
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:      11/10/2023

4. The defendant's experts must be named with a report furnished by:      12/15/2023

5. Discovery must be completed by:                                          2/23/2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                  3/29/2024
   Response due by:                                                  21 days after filing

   Non-Dispositive Motions will be filed by:                             5/17/2024

*********************  The Court will provide these dates.  *********************

7. Joint pretrial order is due:                                      _____
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:              _____

9. Jury Selection is set for 9:00 a.m. on:*                        _____
   The case will remain on standby until tried.

Signed this the _____ day of _____, 2023.

_____

Andrew S. Hanen
United States District Judge